**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Criminal No. 09-126(6) (DWF/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| Vanessa Marie Sagataw, | |
| Defendant. | |

Clifford B. Wardlaw and Steven L. Schleicher, Assistant United States Attorneys, United States Attorney's Office, counsel for Plaintiff.

Derk K. Schwieger, Esq., Derk Karl Schwieger, LLC, counsel for Defendant.

---

Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

1. The Defendant's Motion to Suppress Evidence Obtained from Wire Tap (Doc. No. 140) is **DENIED**.

2. The Defendant's Motion to Suppress Search and Seizure Evidence (Doc. No. 138) is **DENIED**.

Dated: September 15, 2009         s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge